IN THE UNITED STATES BANKRUPTCY COURT
IN THE NORTHERN DISTRICT OF MISSISSIPPI

RE:                                              **BANKRUPTCY NO: 23-11431-SDM**
**SHIRONDA PHILLIPS**
**185 NORTH ST**
**LOUISVILLE, MS  39339-**

## NOTICE AND MOTION TO DISMISS

     **COMES NOW**, Todd S. Johns, the duly appointed and qualified Standing **TRUSTEE** in the above cause, and moves to dismiss the above proceeding for the reason that the **DEBTOR** has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

     **NOTICE IS HEREBY GIVEN**, to the **DEBTOR** herein, that unless the below required sum is received by the **TRUSTEE**, or a written responsive pleading is filed with the Clerk of the Court with a copy to the **TRUSTEE** prior to the depicted due date, the Chapter 13 proceeding of the above **DEBTOR** will be dismissed.

     **WHEREFORE, TRUSTEE** moves this Court to enter its Order of Dismissal unless said sum is received as set out herein or said responsive pleading is properly filed.

**Respectfully Submitted on NOVEMBER 24, 2025.**      /S/ TODD S. JOHNS
                                                                                          CHAPTER 13 TRUSTEE
                                                                                          PO BOX 1326
                                                                                          BRANDON MS 39043
                                                                                          601-825-7663

**AMOUNT DUE**:  **$5687.23**
(includes amount past due through NOVEMBER, plus accruing payments due for DECEMBER, 2025).

**DATE DUE: DECEMBER 16, 2025.**

### CERTIFICATE OF SERVICE

     I, Todd S. Johns, Standing Trustee, do hereby certify that on the above date of the Notice and Motion to Dismiss, I caused to be delivered, either electronically or via U.S. Mail, postage prepaid, a true and correct copy of the foregoing Notice and Motion to Dismiss to the **DEBTOR**, to the Attorney for the **DEBTOR** herein and to the Office of the U.S. Trustee.

**DATED**:  NOVEMBER 24, 2025.                    /s/ TODD S. JOHNS, CHAPTER 13 TRUSTEE

DEBTOR'S ATTORNEY                                 PLEASE SEND PAYMENTS ONLY TO:
THOMAS C ROLLINS, JR
P O BOX 13767                                                 **Chapter 13 Trustee**
JACKSON, MS 39236-                                      **P.O. Box 1985**
                                                                         **Memphis, TN, 38101-1985**