___

**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                   **CHAPTER 13 NO:**

SHRONDA PHILLIPS                                        23-11431-SDM

### ORDER

THIS CAUSE came on for consideration on the Trustee's Motion to Dismiss, and, after notice and an opportunity for hearing, the Court does hereby find and Order as follows:

THAT, no response being timely filed, nor the funds in the amount depicted in the Motion to necessary to bring plan payments current having been received by the Trustee by the due date therein.

THAT, the Trustee's Motion (DKT. 28) is hereby approved, and this case is hereby dismissed.

###END OF ORDER###

SUBMITTED BY:
/s/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON, MS 39043
601-825-7663; attorney.tyree@ch13mstrustee.com