_____

**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                           CHAPTER 13 NO:

SHRONDA PHILLIPS                            23-11431-SDM

## ORDER

    THIS CAUSE came on for consideration on the Trustee's Motion to Dismiss, and, after notice and an opportunity for hearing, the Court does hereby find and Order as follows:

    THAT, no response being timely filed, nor the funds in the amount depicted in the Motion to necessary to bring plan payments current having been received by the Trustee by the due date therein.

    THAT, the Trustee's Motion (DKT. 28) is hereby approved, and this case is hereby dismissed.

###END OF ORDER###

SUBMITTED BY:
/s/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON, MS 39043
601-825-7663; attorney.tyree@ch13mstrustee.com

United States Bankruptcy Court

Northern District of Mississippi

In re:  
Shironda Regina Phillips  
    Debtor

Case No. 23-11431-SDM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0537-1      User: autodocke      Page 1 of 2  
Date Rcvd: Dec 18, 2025      Form ID: pdf0005      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol     Definition**  
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shironda Regina Phillips, 185 North St, Louisville, MS 39339-2837 |
| 4317991 | | Advance America, 135 N Main St, Spartanburg, SC 29306 |
| 4317997 | + | Jefferson Capital, 5 Sanctuary Blvd, Mandeville, LA 70471-5303 |
| 4318000 | + | Republic Finance, 448 Hwy 12 W, #4, Starkville, MS 39759-3770 |
| 4318001 | + | Rush Medical Foundatio, 1314 19th Ave, Meridian, MS 39301-4116 |
| 4318005 | + | Springleaf / Halsted, P.O. Box 828, Skokie, IL 60076-0828 |
| 4318006 | + | The Citizens Bank, 521 Main St, Philadelphia, MS 39350-2544 |
| 4318007 | + | V.T. Vallas, P.O. Box 150529, Nashville, TN 37215-0529 |
| 4318628 | + | W.S.Badcock Corporation, Post Office Box 724, Mulberry,FL 33860-0724 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4317992 | + | Email/Text: bankruptcy@af247.com | Dec 19 2025 00:00:00 | Advance Financial, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 4317993 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 18 2025 23:59:00 | Aspire, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 4317994 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 00:02:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4322408 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 00:02:33 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4317995 | + | Email/Text: bankruptcy@consumerportfolio.com | Dec 19 2025 00:00:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 4317996 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 18 2025 23:59:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 4339347 | + | Email/Text: office@hillfirmlaw.com | Dec 18 2025 23:59:00 | Frigg Finance, LLC, c/o The Hill Firm, PLLC, PO Box 150529, Nashville, TN 37215-0529 |
| 4338668 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 19 2025 00:00:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 4317998 | | Email/Text: bankruptcy@kornerstonecredit.com | Dec 18 2025 23:59:00 | Kornerstone Credit, 1111 Draper Pkwy #200, Draper, UT 84020 |
| 4317999 | | Email/Text: sheri@masinc.org | Dec 18 2025 23:59:00 | Merchants Adjustment Service, Attn: Bankruptcy, 56 North Florida St, Mobile, AL 36607 |
| 4341370 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 19 2025 00:02:40 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4322860 | + | Email/Text: documentfiling@lciinc.com | Dec 18 2025 23:59:00 | Plaza Services, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 4318002 | + | Email/PDF: Bankruptcy_Prod@mohela.com | | |

| District/off: 0537-1 | User: autodocke | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: pdf0005 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 19 2025 00:02:28 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 4424363 | + | Email/Text: bncmail@w-legal.com | Dec 18 2025 23:59:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 4318003 | + | Email/Text: bankruptcy@sccompanies.com | Dec 19 2025 00:00:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4318004 | + | Email/Text: Tracey@sra-inc.net | Dec 19 2025 00:00:00 | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |
| 4339346 | + | Email/Text: office@hillfirmlaw.com | Dec 18 2025 23:59:00 | V.T. Vallas, c/o The Hill Firm, PLLC, PO Box 150529, Nashville, TN 37215-0529 |
| 4318008 | + | Email/Text: mwoodward@winstonmedical.org | Dec 18 2025 23:59:00 | Winston Medical Center, PO Box 967, Louisville, MS 39339-0967 |
| 4318009 | + | Email/Text: admin@rosebudlending.com | Dec 19 2025 00:00:00 | Zoca Loans, P.O. Box 1147, Mission, SD 57555-1147 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:

**Name**  **Email Address**

Thomas C. Rollins, Jr.
on behalf of Debtor Shironda Regina Phillips trollins@therollinsfirm.com
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Todd S. Johns
vardaman13ecf@gmail.com  tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 3